UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

EFREM JONES,

                                Plaintiff,

           -against-                       **ORDER** 18-CV-12196

                                                                 (MKV) (GWG)

CORRECTIONS CAPTAIN GUERRA, *et al.*,

                               Defendants.

------------------------------------------------------------------ x

**GABRIEL W. GORENSTEIN**
**UNITED STATES MAGISTRATE JUDGE**

        Upon the application of Defendants for leave to take the deposition of Plaintiff Efrem Jones, DIN 20R0379, an inmate within the New York State Department of Corrections and Community Supervision:

        **IT IS HEREBY ORDERED** that the Warden or other official in charge of the Watertown Correctional Facility, located in Watertown, New York, produce inmate Efrem Jones, DIN 20R0379, at a location within the facility with video conference capabilities to meet with his counsel in preparation for his deposition, the preparation sessions to be scheduled as needed and at dates and times that are convenient for the facility.

        **SO ORDERED**.

Dated: November 20, 2020
New York, New York

                                                  _____
                                                **HON. GABRIEL W. GORENSTEIN**
                                                UNITED STATES MAGISTRATE JUDGE