```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/7/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EFREM JONES,

                Plaintiff,

-against-

CORRECTION CAPTAIN GUERRA, et al.,

                Defendants.

1:18-cv-12196 (MKV)

ORDER ADOPTING REPORT
AND RECOMMENDATION

MARY KAY VYSKOCIL, United States District Judge:

       Magistrate Judge Gabriel Gorenstein, to whom this case is referred, filed a report and recommendation [ECF No. 96] that recommended, *inter alia*, that the Court grant Plaintiff's counsel's motion to withdraw [ECF No. 95] and to dismiss this action pursuant to Federal Rule of Civil Procedure 41(b).  The deadline to file objections to the report and recommendation was August 5, 2021.  No objection were received by that date or since.  Accordingly, and following review of Magistrate Judge Gorenstein's opinion for clear error, *see Edwards v. Fischer*, 414 F. Supp. 2d 342, 346-47 (S.D.N.Y. 2006), the Court adopts the Report and Recommendation in its entirety.  The motion to withdraw as counsel is GRANTED and this case is DISMISSED without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

       In lieu of mailing, outgoing counsel for Plaintiff is directed to provide a copy of this order to the parole officer assigned to Plaintiff, who is directed to provide this order to Plaintiff if possible.  The Clerk of Court respectfully is requested to close all open motions in this case and to close the case on ECF.

**SO ORDERED.**

Date: October 7, 2021
      New York, NY

                                   */s/ Mary Kay Vyskocil*
                                   **MARY KAY VYSKOCIL**
                                   **United States District Judge**