**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
EFREM JONES,

                Plaintiff,                  18 **CIVIL** 12196 (MKV)

      -against-                        **JUDGMENT**

CORRECTION CAPTAIN GUERRA, et al.,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 7, 2021, the Court adopts the Report and Recommendation in its entirety. The motion to withdraw as counsel is GRANTED and this case is DISMISSED without prejudice pursuant to Federal Rule of Civil Procedure 41(b); accordingly, this case is closed.

**Dated:** New York, New York
          October 8, 2021

                                                    **RUBY J. KRAJICK**
                                                    **Clerk of Court**
                         **BY:**
                                                     **Deputy Clerk**